## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-70697 JAD |
| CYNTHIA LEE GUYDO | : | |
|       Debtor | : | |
| | : | Chapter 13 |
| PENTAGON FEDERAL CREDIT UNION | : | |
|       Movant | : | Doc. No. 37 |
|   v. | : | |
| | : | Related to Claim No. 9 |
| | : | |
| CYNTHIA LEE GUYDO | : | |
|       Respondent | : | |
| | : | |
|   and | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|       Additional Respondent | : | |

### DECLARATION REGARDING MONTHLY PAYMENT CHANGE

AND NOW, comes the Debtor, Cynthia Lee Guydo, by and through her attorney, Jeffrey W. Ross, Esq. and Harold Shepley & Associates, LLC, and respectfully files the within Declaration Regarding Monthly Payment Change and, in support, represents as follows:

1. The Debtor is Cynthia lee Guydo, presently residing at 363 West Catherine Street, Somerset, PA 15501.

2. Counsel for the Debtors is Jeffrey W. Ross, Esq. of Harold Shepley & Associates, LLC.

3. The mortgage company for the Debtor's residence is Pentagon Federal Credit Union.

4. The new post-petition monthly payment payable to Wells Fargo Bank, N.A. beginning 1 July 2021 is $6.21 <u>more</u> than current required payment encompassing interest, principal and escrow.

5. Debtor's counsel has reviewed the existing plan, recomputed the plan payment and finds that the existing payment continues to be sufficient to fund the plan.

6. The Notice of Mortgage Payment Change is dated 23 June 2021 and is an amendment to the Notice of Mortgage Payment Change dated 9 June 2021.

Date:  24 June 2021

/s/ Jeffrey W. Ross
Jeffrey W. Ross, Esq.
PA ID  201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA  15501
T 814- 444-0500
F 814-444-0600
jross@shepleylaw.com