**WWR # 040896137**

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CYNTHIA LEE GUYDO | ) BANKRUPTCY CASE NO. 18-70697-JAD |
| | ) |
| DEBTOR | ) |
| | ) CHAPTER 13 PROCEEDING |
| | ) |
| | ) |
| | ) |
| | ) JUDGE JEFFERY A. DELLER |
| | ) |
| | ) NOTICE OF CHANGE OF ADDRESS |
| | ) FOR Pentagon Federal Credit Union |

Now comes creditor, Pentagon Federal Credit Union, by and through undersigned counsel to provide notice that their address has changed.

Creditor's Former Address:    Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA 22313

Please be advised that effective 1/5/2022, the new mailing address is :

Creditor's Name and Address:    Pentagon Federal Credit Union
4875 Preston Rd.
Frisco, TX 75034

Creditor's Payment Address for Claim 9-1:

Pentagon Federal Credit Union
PO Box 679260
Dallas, TX 75267-9260

Respectfully Submitted,

/s/Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com

**WWR # 040896137**

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CYNTHIA LEE GUYDO | ) BANKRUPTCY CASE NO. 18-70697-JAD |
| | ) |
| DEBTOR | ) |
| | ) CHAPTER 13 PROCEEDING |
| | ) |
| | ) |
| | ) |
| | ) JUDGE JEFFERY A. DELLER |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on          , a true and correct copy of          , Notice of Change of Address was served:

**Service by First-Class Mail**:

Cynthia Lee Guydo, Debtor
363 W Catherine St
Somerset, PA 15501

**and Service by NEF/ECF**:

Jeffrey Wayne Ross, Debtors Attorney at jross@shepleylaw.com
Ronda J. Winnecour, Trustee at inquiries@chapter13trusteewdpa.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.pi.ecf@usdoj.gov

/s/Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com