### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-70697 JAD |
| CYNTHIA LEE GUYDO | : | |
|     Debtor | : | |
| | : | Chapter 13 |
| PENTAGON FEDERAL CREDIT UNION | : | |
|     Movant | : | Doc. No. 42 |
| v. | : | |
| | : | Related to Claim No. 9 |
| | : | |
| CYNTHIA LEE GUYDO | : | |
|     Respondent | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Additional Respondent | : | |

### DECLARATION REGARDING MONTHLY PAYMENT CHANGE

AND NOW, comes the Debtor, Cynthia Lee Guydo, by and through her attorney, Jeffrey W. Ross, Esq. and Harold Shepley & Associates, LLC, and respectfully files the within Declaration Regarding Monthly Payment Change and, in support, represents as follows:

1. The Debtor is Cynthia Lee Guydo, presently residing at 363 West Catherine Street, Somerset, PA 15501.

2. Counsel for the Debtors is Jeffrey W. Ross, Esq. of Harold Shepley & Associates, LLC.

3. The mortgage company for the Debtor's residence is Pentagon Federal Credit Union.

4. The new post-petition monthly payment payable to Pentagon Federal Credit Union beginning 1 June 2022 is $30.14 <u>more</u> than current required payment encompassing interest, principal and escrow.

5. Debtor's counsel has reviewed the existing plan, recomputed the plan payment and finds that the

existing payment continues to be sufficient to fund the plan.

Date: 27 April 2022                                  /s/ Jeffrey W. Ross
                                                      Jeffrey W. Ross, Esq.
                                                      PA ID  201479
                                                      Harold Shepley & Associates, LLC
                                                      209 West Patriot Street
                                                      Somerset, PA  15501
                                                      T 814- 444-0500
                                                      F 814-444-0600
                                                      jross@shepleylaw.com