**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-70697 JAD |
| CYNTHIA LEE GUYDO | : | |
| Debtor | : | |
| | : | Chapter 13 |
| CYNTHIA LEE GUYDO | : | |
| Movant | : | Motion No. ■ WO-1 |
| v.       Movants | : | |
| | : | Doc No. 51 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER COVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT.**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **15 November 2022.**

The type of service made on the parties was: **REGULAR FIRST CLASS MAIL, USPS**.

Date: 15 November 2022

/s/Jeffrey W. Ross
Jeffrey W. Ross, Esq,
PA ID #201479
209 West Patriot Street
Somerset, PA 15501
T 814-444-0500
F 814-444-0600
jross@shepleylaw.com

Party Served:

Commonwealth of Pennsylvania
Bureau of Commonwealth Payroll
P.O. Box 8006
Harrisburg, PA 17105