**Form 132**

**UNITED STATES BANKRUPTCY COURT**            48
**WESTERN DISTRICT OF PENNSYLVANIA**        lfox

In re:                                                                    Bankruptcy Case No.: 18−70697−JAD

                                                                          Chapter: 7

**Cynthia Lee Guydo**
    Debtor(s)

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
### AND DETERMINATION OF TRUSTEE BOND

   Lisa M. Swope, Chapter 7 Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 11/14/22                                                          **Andrew R. Vara**
                                                                          United States Trustee

                                                                          **Marta E. Villacorta**
                                                                          Assistant United States Trustee
                                                                          Western District of Pennsylvania

I Lisa M. Swope, Chapter 7 Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                          Lisa M. Swope, Chapter 7 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                 Case No. 18-70697-JAD

Cynthia Lee Guydo                                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 132 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: ecfnsslawfirm@gmail.com | Nov 15 2022 23:57:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garry Alan Masterson | on behalf of Creditor Pentagon Federal Credit Union pitecf@weltman.com |
| Jeffrey Wayne Ross | on behalf of Debtor Cynthia Lee Guydo jross@shepleylaw.com  bk@shepleylaw.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor PenFed Credit Union mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | |

District/off: 0315-7                              User: auto                                        Page 2 of 2
Date Rcvd: Nov 15, 2022                           Form ID: 132                                   Total Noticed: 1

on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com


TOTAL: 7