**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CYNTHIA LEE GUYDO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:18-70697 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/25/2018 and confirmed on 11/16/2018. The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,010.00 |
| Less Refunds to Debtor | 845.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,164.66 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,510.00 | |
|     Trustee Fee | 2,103.13 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,613.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENTAGON FEDERAL CREDIT UNION/PEN | 0.00 | 31,354.90 | 0.00 | 31,354.90 |
|     Acct: 6393 | | | | |
| | | | | 31,354.90 |
| **Priority** | | | | |
|   JEFFREY W ROSS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CYNTHIA LEE GUYDO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CYNTHIA LEE GUYDO | 845.34 | 845.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAROLD SHEPLEY & ASSOC LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAROLD SHEPLEY & ASSOC LLC* | 2,510.00 | 2,510.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3246 | | | | |

***NONE***

| 18-70697 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| CHASE BANK USA NA(*) | 8,872.50 | 1,320.67 | 0.00 | 1,320.67 |
| Acct: 9899 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7218 | | | | |
| DISCOVER BANK(*) | 7,940.78 | 1,181.98 | 0.00 | 1,181.98 |
| Acct: 6145 | | | | |
| US DEPARTMENT OF EDUCATION | 8,705.71 | 1,295.83 | 0.00 | 1,295.83 |
| Acct: 7036 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8645 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 9,575.32 | 1,425.28 | 0.00 | 1,425.28 |
| Acct: 8645 | | | | |
| NAVY FEDERAL CREDIT UNION* | 18,310.17 | 2,725.45 | 0.00 | 2,725.45 |
| Acct: 3004 | | | | |
| PENTAGON FEDERAL CREDIT UNION/PEN | 5.94 | 0.00 | 0.00 | 0.00 |
| Acct: 2666 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 8,380.41 | 1,247.42 | 0.00 | 1,247.42 |
| Acct: 7036 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8756 | | | | |
| CONEMAUGH MEMORIAL MEDICAL CENT | 145.08 | 0.00 | 0.00 | 0.00 |
| Acct: 7036 | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,196.63 |

| TOTAL PAID TO CREDITORS | | 40,551.53 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              0.00
SECURED               0.00
UNSECURED         61.935.91

Date: 11/29/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com